WARD L. BENSHOOF (State Bar No. 054987)
MEGAN K. HEY (State Bar No. 232345)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100
Ward.Benshoof@alston.com
Megan.Hey@alston.com

Attorneys for Defendant

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESERT WIND ENERGY, LLC, a California limited liability company, and RAY R. COULTER, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>WIND POWER PARTNERS, 1993, a Delaware Limited Partnership,<br><br>Defendant. | Case No.: EDCV 08-1092 VAP (JWJx)<br><br>**ORDER DISMISSING LAWSUIT WITH PREJUDICE PURSUANT TO STIPULATION OF THE PARTIES PURSUANT TO F.R.C.P. 41 (a)(ii)**<br><br>Honorable Virginia A. Phillips<br>Courtroom:  2<br><br>Complaint Filed:   August 12, 2008<br>2AC Filed:            March 6, 2009<br>Stay on Action Lifted: July 27, 2009<br>Trial Date:            August 24, 2010 |

# ORDER

The Court, having considered the Stipulation by the Parties re: Dismissal of Proceedings With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(ii), entered into by Defendant Wind Power Partners, 1993, and Plaintiffs Desert Wind Energy and Ray Coulter on July 14, 2010, filed concurrently herewith, and good cause appearing therefore, HEREBY ORDERS the above-captioned lawsuit Dismissed with Prejudice.

SO ORDERED.

DATED: July 19, 2010

_____
Hon. Virginia Phillips
U.S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
ORDER

LEGAL02/32022992v1